AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Andrew William Smith and Lisa Velten-Smith, Individually and on behalf of all others similarly situated

V.

Wells Fargo & Company, a California Corporation, Wells Fargo Bank, N.A. a California Corporation, and Does 1-20

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 0564**

**JUDGE KAPLAN**

TO: (Name and address of Defendant)

Wells Fargo & Company: 420 Montgomery Street, San Francisco, California 94163

Wells Fargo Bank, N.A.: 464 California Street, San Francisco, California, 94104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ZRAICK, NAHAS & RICH
Stuart E. Nahas, Esq.
303 Fifth Avenue
Suite 1201
New York, New York 10016
(212) 686-0855

MILSTEIN, ADELMAN & KREGER, LLP
Wayne S. Kreger, Esq.
2800 Donald Douglas Loop North
Santa Monica California 90405
(310) 396-9600

an answer to the complaint which is served on you with this summons, within ___Twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

(By) DEPUTY CLERK

JAN 2 3 2008

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2/4/08 @ 12:55 p.m. |
| NAME OF SERVER (PRINT) Jim Wardlow | TITLE a registered CA process server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:  
WELLS FARGO & COMPANY  
c/o CSC Lawyers, INc.  
2730 Gateway Oaks Dr.  
Sacramento, CA  95833

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

Becky De George, registered agents

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/4/08  
_____  
Date

_Signature of Server_

Jim Wardlow (Sac. Co. Reg. No. 87-010  
Star Services, Inc.  
10642 Santa Monica Bl., Ste. 206  
_Address of Server_  
Los Angeles, CA  90025  
(310) 475-3626

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
ANDREW WILLIAM SMITH and LISA VELTEN-SMITH,
   Individually and on behalf of all others similarly situated

                                 *Plaintiff,*

                                *-against-*

WELLS FARGO & COMPANY, a California Corporation,
WELLS FARGO BANK, N.A. a California Corporation,
and Does 1 through 20,

                                 *Defendants.*
------------------------------------------------------------------------x

ECF CASE

Civil Action No.:
08 CV 0564 (LAK)(DFE)

AFFIDAVIT OF SERVICE

State of California     )
                           ) ss:
County of Los Angeles )

Jim Wardlow, being duly sworn, states:

1. I am not a party to the action, am over 18 years of age, and am employed at 10642 Santa Monica Blvd Ste. 206.

2. On February 4, 2008, I served the Summons in a Civil Action, Class Action Complaint for Injunctive Relief, Civil Case Cover Sheet, Individual Procedures of Judge Lewis A. Kaplan, Consent to Proceed Before United States Magistrate Judge, 3rd Amended Instructions for Electronic Case or Appeal, Guidelines for Electronic Case Filing, Procedures for Electronic Case Filing and the Individual Practices of Magistrate Judge Eaton upon the following at the address designated for that purpose:

    Wells Fargo & Company
    C/O CSC Lawyers, Inc., Registered Agent for Service of Process
    2730 Gateway Oaks Dr.
    Sacramento, CA 95833

3. Service of the above-described documents was left with Ms. Becky De George at the above address.

4.  Service was made by delivering, by hand, a true copy of the above-described documents

Jim Wardlow
Star Services, Inc.
10642 Santa Monica Bl., Ste. 206
Los Angeles, CA 90025

Sworn Before me this
___th day of February, 2008

_____
Notary Public

State of California
County of _Sacramento_
Subscribed and sworn to (or affirmed) before me on this __15th__ day of __Feb.__, 20 _08_, by __Jim Wardlow__, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(Seal)            Signature



ELLIOTT BENNER
COMM. # 1777865
NOTARY PUBLIC - CALIFORNIA
SACRAMENTO COUNTY
COMM. EXPIRES NOV. 4, 2011

2