UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
ANDREW WILLIAM SMITH and LISA VELTEN-SMITH,
Individually and on behalf of all others similarly situated
           *Plaintiff,*   Civil Action No.:
                    08-cv-00564 (LAK)(DFE)
      -*against*-

WELLS FARGO & COMPANY, a California Corporation, **MOTION TO ADMIT**
WELLS FARGO BANK, N.A. a California Corporation,  **COUNSEL PRO HAC**
and Does 1 through 20,               **VICE**

               *Defendants.*
-------------------------------------------------------------------------x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Stuart E. Nahas, a member in good standing of the bar of this Court, move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | Wayne S. Kreger |
| Firm Name: | Milstein, Adelman & Kreger, LLP |
| Address: | 2800 Donald Douglas Loop N. |
| City/State/Zip | Santa Monica, California 90405 |
| Phone Number: | (310) 396-9600 |
| Fax Number: | (310) 396-9635 |

Wayne S. Kreger is a member in good standing of the Bar of the States of California and New York.

There is no pending disciplinary proceeding against Wayne S. Kreger in any State or Federal Court.

Dated:   February 13, 2008
         New York, New York

                                      Respectfully submitted,

                                      ZRAICK, NAHAS & RICH

                                      By: _____
                                      Stuart E. Nahas, Esq.
                                      Attorneys for Plaintiffs
                                      SDNY Bar No.: 8206
                                      303 Fifth Avenue
                                      New York, New York 10016
                                      Phone: (212) 686-0855
                                      Fax: (212) 779-9548

Sen/2007-244/Pro Hac Vice-Wayne

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
ANDREW WILLIAM SMITH and LISA VELTEN-SMITH,
Individually and on behalf of all others similarly situated

                              *Plaintiff,*

                              *-against-*

WELLS FARGO & COMPANY, a California Corporation,
WELLS FARGO BANK, N.A. a California Corporation,
and Does 1 through 20,

                              *Defendants.*
------------------------------------------------------------------------x

Civil Action No.:
08 CV 0564 (LAK)(DFE)

AFFIDAVIT OF STUART E. NAHAS IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

State of New York     )
                               )  ss:
County of New York  )

Stuart E. Nahas, being duly sworn, hereby deposes and says as follows:

1. I am a partner at Zraick, Nahas & Rich, counsel for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herin and in support of Plaintiffs' motion to admit Wayne S. Kreger as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in March 1994. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Wayne S. Kreger for over nineteen (19) years.

4. Mr. Wayne S. Kreger is a partner at Milstein, Adelman & Kreger LLP, in Santa Monica, California.

1

5.   I have found Mr. Kreger to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6.   Accordingly, I am pleased to move the admission of Wayne S. Kreger, *pro hac vice*.

7.   I respectfully submit a proposed order granting the admission of Wayne S. Kreger, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Wayne S. Kreger, *pro hac vice*, to represent Plaintiffs in the above captioned matter, be granted.

Dated:     February 13, 2008
           New York, New York

                                        Respectfully submitted,

                                        ZRAICK, NAHAS & RICH

                                        By: _____
                                        Stuart E. Nahas, Esq.
                                        Attorneys for Plaintiffs
                                        SDNY Bar No.: 8206
                                        303 Fifth Avenue
                                        New York, New York 10016
                                        Phone: (212) 686-0855
                                        Fax: (212) 779-9548

Sworn to before me this 13th
Day of February 2008

_____
Notary Public

EDWARD A. NAHAS
Notary Public, State of New York
No. 24-2346525
Qualified in Kings County
Commission Expires Oct. 31, 2009

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ANDREW WILLIAM SMITH and LISA VELTEN-SMITH,
Individually and on behalf of all others similarly situated
          *Plaintiff,*

Civil Action No.:
08-cv-00564 (LAK)(DFE)

-against-

WELLS FARGO & COMPANY, a California Corporation,
WELLS FARGO BANK, N.A. a California Corporation,
and Does 1 through 20,

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

          *Defendants.*
------------------------------------------------------------------x

Upon the Motion of Stuart E. Nahas, attorney for Andrew William Smith and Lisa Velten-Smith, et. al. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Wayne S. Kreger |
| Firm Name: | Milstein, Adelman & Kreger, LLP |
| Address: | 2800 Donald Douglas Loop N. |
| City/State/Zip | Santa Monica, California 90405 |
| Phone/Fax Number: | (310) 396-9600/(310) 396-9635 |
| Email Address: | wkreger@maklawyers.com |

is admitted to practice pro hace vice as counsel for Andrew William Smith and Lisa Velten-Smith, et. al. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the

Local Rules of this Court, including Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: _____
              New York, New York

                                              _____
                                              United States District/Magistrate Judge

Sen/2007-244/Pro Hac Vice-Order Wayne



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

I, **Michael J. Novack**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Wayne Scott Kreger

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **27th day of February, 2003**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **8th day of February, 2008**.



_____
Clerk



**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

January 30, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, WAYNE SCOTT KREGER, #154759 was admitted to the practice of law in this state by the Supreme Court of California on December 16, 1991; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records