# GOODWIN PROCTER

Brian D. Hail
212.459.7251
BHail@
goodwinprocter.com

Goodwin Procter LLP
Counselors at Law
599 Lexington Avenue
New York, NY 10022
T: 212.813.8800
F: 212.355.3333

February 20, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/08

**BY HAND**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re:   <u>Smith v. Wells Fargo & Co., 08 CV 0564 (LAK)</u>

Dear Judge Kaplan:

We represent Wells Fargo & Co. and Wells Fargo Bank, N.A.("Defendants") in the above-captioned matter. In accordance with your rules regarding adjournments and extensions, we respectfully request an extension to file a response to Plaintiffs' Complaint. We have conferred with Plaintiffs' counsel and they consent to the extension on the following terms:

> Defendants shall have until March 26, 2008 file an answer.
>
> In the event Defendants seek to file a dispositive motion, Defendants shall have until March 11, 2008.

If this is agreeable to the Court, we respectfully request the entry of an order extending Defendants' time to respond to the Complaint.

Respectfully submitted,

Brian D. Hail (BH – 1857)
GOODWIN PROCTER, LLP
599 Lexington Avenue,
New York, NY 10022
(212) 813-8800 (telephone)
(212) 355-3333(facsimile)
bhail@goodwinprocter.com

cc:   Stuart E. Nahas, Esq.

LIBNY/4705305.1



MEMO ENDORSED
SO ORDERED
/s/ Lewis A. Kaplan, USDJ