UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ANDREW WILLIAM SMITH AND LISA        :
VELTEN-SMITH,                        :
                                     :  Civil Action No. 08-00564 (LAK)
               Plaintiffs,           :
        v.                           :  Judge Lewis A. Kaplan
                                     :
WELLS FARGO & COMPANY AND            :
WELLS FARGO BANK, N.A.,              :
                                     :
               Defendants.           :
                                     :
------------------------------------X

## NOTICE OF APPEARANCE

Please enter the appearance of Brian D. Hail, of Goodwin Procter LLP, as counsel for Defendant Wells Fargo & Company and Wells Fargo Bank, N.A., in the above-captioned matter. I certify that I am admitted to practice in this court.

Dated: February 25, 2008
       New York, New York

                              Respectfully submitted,


                              By:  /s/Brian D. Hail
                                   Brian D. Hail (BH1857)
                                   bhail@goodwinprocter.com
                                   GOODWIN PROCTER LLP
                                   599 Lexington Avenue
                                   New York, NY 10022
                                   Tel: (212) 459-7251
                                   Fax: (212) 355-3333
                                   Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2008, I caused the Notice of Appearance to be served by electronic means, via the Court's ECF system, on all counsel registered to receive electronic notices. I also certify that I have caused copies of the aforementioned documents to be served via Federal Express upon any non-CM/ECF participants.

Dated: February 25, 2008
       New York, New York

                                                /s/Brian D. Hail
                                                 Brian D. Hail