UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                              :

ANDREW WILLIAM SMITH AND LISA    :
VELTEN-SMITH,                        :

                               : Civil Action No. 08-00564 (LAK)
             Plaintiffs,       :
      v.                        : Judge Lewis A. Kaplan
                               :

WELLS FARGO & COMPANY AND      :
WELLS FARGO BANK, N.A.,           :
                               :

            Defendants.      :
                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

      Please enter the appearance of Abigail K. Hemani, of Goodwin Procter LLP, as

counsel for Defendant Wells Fargo & Company and Wells Fargo Bank, N.A., in the

above-captioned matter.  I certify that I am admitted to practice in this court.

Dated: February 25, 2008
       New York, New York

                            Respectfully submitted,

                      By:   /s/Abigail K. Hemani
                          Abigail K. Hemani (AH2071)
                          ahermani@goodwinprocter.com
                          GOODWIN PROCTER LLP
                          599 Lexington Avenue
                          New York, NY 10022
                          Tel: (212) 459-7241
                          Fax: (212) 355-3333
                          Attorneys for Defendants

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 25, 2008, I caused the Notice of Appearance to be served by electronic means, via the Court's ECF system, on all counsel registered to receive electronic notices.  I also certify that I have caused copies of the aforementioned documents to be served via Federal Express upon any non-CM/ECF participants.

Dated: February 25, 2008
　　　　New York, New York

　　　　　　　　　　　　　　　　　　 /s/Abigail K. Hemani
　　　　　　　　　　　　　　　　Abigail K. Hemani (AH2071)