DOC # 7
SCANNED

FEB 27 2008

JUDGE KAPLAN'S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
ANDREW WILLIAM SMITH and LISA VELTEN-SMITH,
Individually and on behalf of all others similarly situated
                                                 Plaintiff.

Civil Action No.:
08-cv-00564 (LAK)(DFE)

-against-

WELLS FARGO & COMPANY, a California Corporation,
WELLS FARGO BANK, N.A. a California Corporation,
and Does 1 through 20,

                                             Defendants.
----------------------------------------------------------------x

MOTION TO ADMIT
COUNSEL PRO HAC VICE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/08

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Stuart E. Nahas, a member in good standing of the bar of this Court, move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | Gillian L. Wade |
| Firm Name: | Milstein, Adelman & Kreger, LLP |
| Address: | 2800 Donald Douglas Loop N. |
| City/State/Zip: | Santa Monica, California 90405 |
| Phone Number: | (310) 396-9600 |
| Fax Number: | (310) 396-9635 |

Gillian L. Wade is a member in good standing of the Bar of the State of California.

SO ORDERED

LEWIS A. KAPLAN, USDJ