MEMO ENDORSED

SCANNED

MAR 24 2008

JUDGE KAPLAN'S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ANDREW WILLIAM SMITH and LISA VELTEN-SMITH,
Individually and on behalf of all others similarly situated
                    Plaintiff,

Civil Action No.:
08-cv-00564 (LAK)(DFE)

-against-

WELLS FARGO & COMPANY, a California Corporation,
WELLS FARGO BANK, N.A. a California Corporation,
and Does 1 through 20,

MOTION TO ADMIT
COUNSEL PRO HAC
VICE

                    Defendants.
-----------------------------------------------------------x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Stuart E. Nahas, a member in good standing of the bar of this Court, move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | Wayne S. Kreger |
| Firm Name: | Milstein, Adelman & Kreger, LLP |
| Address: | 2800 Donald Douglas Loop N. |
| City/State/Zip: | Santa Monica, California 90405 |
| Phone Number: | (310) 396-9600 |
| Fax Number: | (310) 396-9635 |

Wayne S. Kreger is a member in good standing of the Bar of the States of California and New York.

SO ORDERED

LEWIS A. KAPLAN, USDJ

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08

There is no pending disciplinary proceeding against Wayne S. Kreger in any State or Federal Court.

Dated:    February 13, 2008
             New York, New York

                                      Respectfully submitted,

                                      ZRAICK, NAHAS & RICH

                                      By: _____
                                      Stuart E. Nahas, Esq.
                                      Attorneys for Plaintiffs
                                      SDNY Bar No.: 8206
                                      303 Fifth Avenue
                                      New York, New York 10016
                                      Phone: (212) 686-0855
                                      Fax: (212) 779-9548

Sen/2007-244/Pro Hac Vice-Wayne