IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW WILLIAM SMITH & LISA VELTEN-SMITH,<br><br>On Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>**WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A. And Does 1 through 20,**<br><br>    Defendants. | Civil Action No. 1:08 cv-00564 (LAK) |

**DEFENDANT WELLS FARGO & COMPANY'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Wells Fargo & Company hereby discloses that it is a publicly traded company, and further states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

    Respectfully submitted,

    WELLS FARGO & COMPANY and
    WELLS FARGO BANK, N.A.

    By their attorneys,

    /s/ Brian D. Hail
    Brian D. Hail (BH – 1857)
    GOODWIN PROCTER, LLP
    599 Lexington Avenue,
    New York, NY 10022
    (212) 813-8800 (telephone)
    (212) 355-3333(facsimile)
    bhail@goodwinprocter.com

Thomas M. Hefferon (*pro hac vice*)
Marva R. Deskins (not admitted *pro hac vice*)
GOODWIN PROCTER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
(202) 346-4000 (telephone)
(202) 344-4444 (facsimile)
thefferon@goodwinprocter.com


Dated:  March 26, 2008