IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ANDREW WILLIAM SMITH & LISA VELTEN-SMITH,**<br><br>**On Behalf of Themselves and All Others Similarly Situated,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A. And Does 1 through 20,**<br><br>    Defendants. | Civil Action No. 1:08 cv-00564 (LAK) |

## DEFENDANT WELLS FARGO BANK, N.A'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Wells Fargo Bank, N.A. hereby discloses that it is a wholly-owned indirect subsidiary of Wells Fargo & Company. Wells Fargo & Company is a publicly traded corporation which has no parent corporation. There is no other publicly held corporation that owns 10% or more of Defendant Wells Fargo Bank, N.A.'s stock.

Respectfully submitted,

WELLS FARGO & COMPANY and
WELLS FARGO BANK, N.A.

By their attorneys,

/s/ Brian D. Hail
Brian D. Hail (BH – 1857)

LIBW/1673368.1

2

GOODWIN PROCTER, LLP
599 Lexington Avenue,
New York, NY 10022
(212) 813-8800 (telephone)
(212) 355-3333(facsimile)
bhail@goodwinprocter.com

Thomas M. Hefferon (*pro hac vice*)
Marva R. Deskins (not admitted *pro hac vice*)
GOODWIN PROCTER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
(202) 346-4000 (telephone)
(202) 344-4444 (facsimile)
thefferon@goodwinprocter.com

Dated: March 26, 2008