**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW WILLIAM SMITH & LISA
VELTEN-SMITH,

On Behalf of Themselves and All Others
Similarly Situated,

    Plaintiffs,

v.

WELLS FARGO & COMPANY, a California
Corporation, WELLS FARGO BANK, N.A., a
California Corporation, and Does 1 through 20

    Defendants.

(JAB 8/20/08)
SCANNED

Civil Action No. 1:08 cv-00564 (LAK)

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PLEASE TAKE NOTICE that, upon the Declaration of Brian D. Hail, submitted herewith, the undersigned respectfully moves this Court for an Order pursuant to Rule 1.3(c) of the Local Rules of this Court, admitting Marva R. Deskins, Esq. *pro hac vice* to the Bar of this Court for the purpose of representing Defendants Wells Fargo & Company and Wells Fargo Bank, N.A. in the above-captioned proceeding.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

GRANTED 8/21/08
Paul A Crotty
USDS Paul A. Crotty

AUG 19 2008

1 BW/1684360 1

Dated: August __, 2008
       New York, New York

Respectfully submitted,

WELLS FARGO & COMPANY and
WELLS FARGO BANK, N.A.,

By their attorneys,

GOODWIN PROCTER LLP

_____
Brian D. Hail (BH 1857)
bhail@goodwinprocter.com
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel: (212) 813-8800
Fax: (212) 355-3333

LIBW 1684360.1